IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WOODBURCK NOE,                    )
                                  )
     Plaintiff,                   )
                                  )     CIVIL ACTION NO.
     v.                           )       2:14cv733-MHT
                                  )          (WO)
LEEPOSEY DANIELS, LUTHER          )
STRANGE, and ALABAMA BOARD        )
OF PARDONS AND PAROLES,           )
                                  )
                                  )
     Defendants.                  )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 22) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 21) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied because petitioner failed to exhaust state remedies.

It is further ORDERED that costs are taxed against the petitioner, for which execution may issue.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of December, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE